Gas-light Company of Brooklyn, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

Maurice Kelly, Appellant, v. The Pelham Hod Elevating Company, Respondent. — Judgment reversed and new trial granted, costs to abide event. Opinion by Dykman, J.

Arthur M. Dodge and others, Respondents, v. Henry N. Ockerhausen, Appellant. —Judgment affirmed, with costs. Opinion by Pratt, J.

Matter of Judicial Settlement of Executors of Henry R. Worthington. — Order affirmed, with costs and disbursements. Opinion by Pratt, J.

Sarah M. Judd, Appellant, v. Mary E. Burrell and others, Respondents. — Judgment reversed and new trial granted, costs to abide event.

Opinion by Barnard, P. J.; Dykman, J., dissenting.

Harlan P. Christie, Respondent, v. Cornelius Callahan Company, Appellant. — Judgment affirmed, with costs. Opinion by Pratt, J.

Terrence McCracken, Respondent, v. William C. Flanagan and another, Appellants. — Judgment affirmed, with costs. Opinion by Dykman, J.; Pratt, J., not sitting.

William H. Miller and others, Respondents, v. Edward Benjamin and another, Appellants. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

William Henry Beard and others, Appellants, v. Mary A. Beard and others, Respondents. — Judgment affirmed, with costs. Opinion by Dykman, J.

---

## FOURTH DEPARTMENT, FEBRUARY TERM, 1893.

Arthur S. Grout, Respondent, v. John B. Cottrell, Appellant.— Judgment and order affirmed, with costs. Opinion by Hardin, P. J.

Edwin Butterworth and others, Respondents, v. Enos Boutilier and another, Appellants.—Order affirmed, with ten dollars costs and disbursements. Opinion by Hardin P. J.; Merwin, J., not sitting.

Jerome D. Holmes, Appellant, v. William E. Roper, and another, Administrators, etc., Respondents.— Judgment affirmed, with costs.

Eliza Dering, as Administrator, etc., Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment affirmed, with costs. Opinion by Hardin, P. J.; Merwin, J., not sitting.

Alexander Grant and another, Respondents, v. Syracuse Door and Blind Company and Clarence v. Kellogg, Appellants.— Judgment modified by striking therefrom the provision directing Kellogg to pay $385.64 damages, and authorizing execution therefor; and in lieu thereof, inserting a provision directing the appointment of a receiver for the corporation, and providing that, after his appointment and qualification, defendant Kellogg shall pay over to him $2,409.80, being the amount received by Kellogg on his judgment and execution, to be distributed by the receiver among the creditors of the corporation according to their respective rights and interests. The provision in the judgment allowing plaintiffs' costs, as awarded, to remain. And the judgment, as so modified, affirmed, with costs of this appeal to the defendant Kellogg.

Horace Parks, as Surviving Administrator, Appellant, v. Clarence Andrews, Individually and as Administrator of Josiah Andrews, Deceased, and others, Respondents.— Judgment and order reversed and a new trial ordered, with costs to abide the event. Held, That the exceptions taken to the admission of the evidence of Grant Andrews and May Potter, as to the declarations of their father, present error. (See Holcomb v. Holcomb 95 N. Y., 316; Matter of Eysaman, 113 id., 162; Matter of Will of Dunham, 121 id., 575.) (2.) After excluding such evidence, the verdict and decision are against the weight of evidence.

George H. Lawrence and another, Respondent, v. John W. Lischer, Appellant.—Judgment affirmed, with costs.

Edward J. Davis, Respondent, v. Warren G. Willis, Appellant.—Judgment affirmed, with costs. Opinion by Hardin, P. J.

Elizabeth Connor, Appellant, v. Deleaware, Lackawanna and Western Railroad Company, Respondent. — Motion denied, without costs.

In the Matter of the Application of the Second National Bank of Cooperstown, pursuant to the request of the Comptroller of the State of New York for the transfer of funds or moneys held in trust by the treasurer of Otsego county. — Application granted; order to be certified and countersigned by the presiding justice. Papers filed with clerk of Broome county to be certified by him and transmitted to and filed with the clerk of Otsego county.

William Sterling, by Guardian, Appellant, v. Emeline Hill, Respondent. — Order affirmed, without costs. Defendant's appeal dismissed, with ten dollars costs.

Clark S. Bennett, Appellant, v. Edmund R. Bell and another executors of Calvin H. Bell, deceased, Respondents. — Order affirmed, without costs. Held, that as the order does not appear to have prejudiced the appellant, it is not necessary to pass upon the question as to the power of the court to amend the verdict.

Henry Lupton, Appellant, v. Thomas W Patterson, Respondent. — Order affirmed, with ten dollars costs and disbursements.

The People of the State of New York ex rel. The Syracuse Pressed Brick Company, Respondent, v. William Duffus, Appellant. — Order affirmed, with ten dollars costs and disbursements.

The People of the State of New York ex r . The Syracuse Pressed Brick Company, Respondent, v. Charles H. Baker, Appellant. — Order affirmed, with ten dollars costs and disbursements.

James G. Hillidge, Respondent, v. Albert B. Park, Appellant. — Order reversed with ten dollars costs and disbursements.

In the Matter of the Estate of George W. Dodge, deceased, Sarah E. Dodge and others, Appellants, v. C. Lansing Jones, Respondent. — Order modified by inserting therein the words " terms thereof " the following " without prejudice to any proceeding or action to obtain a benefit under the third clause of the will," and, as modified, affirmed, with ten dollars, costs and disbursements to Stevens, as guardian ad litem, payable out of the funds.

Clark S. Bennett, Respondent, v. Edmund R. Bell and another executor of Calvin H. Bell, deceased, Appellants. — Judgment and order affirmed, with costs.

Melissa Squires, Appellant, v. Oliver P. Hurd, Respondent. — Judgment and order reversed on the exceptions, and a new trial ordered, with costs to abide the event. Held (1), That the court erred in limiting the defendant's liability to negligence. (2.) That the plaintiff is entitled to recover for such injuries as resulted from defendant's change of the natural course of the stream.

William Duffus, Respondent, v. Christoph Schwinger and others, Appellants. — Order refusing a